UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAIMIE MCCANN (#172093)

VERSUS

DR. PREJEAN, ET AL.

CIVIL ACTION

NO. 10-646-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 4, 2011 (doc. no. 41). The plaintiff filed a notice (doc. no. 44) which the court has treated as an objection and finds that it lacks merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion to dismiss (doc. no. 14) is GRANTED, dismissing the plaintiff's claims asserted against the defendants based upon Eleventh Amendment immunity, and this action is DISMISSED.

Baton Rouge, Louisiana, this 9TH day of November, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA